**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALEXANDRE LAING,

      Petitioner,

      v.

JACLYN FORTINI-LAING,

      Respondent.

Case No. 24-cv-10901

Judge Martha M. Pacold

### SHOW CAUSE ORDER

Before the Court is Petitioner's Petition for Issuance of Show Cause Order and for Return of Child to France. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Petition for Return. Upon considering the Petition; Petitioner's Request for Expedited Consideration and for Issuance of a Show Cause Order; the Hague Convention on Civil Aspects of International Child Abduction; the International Child Abduction Remedies Act, 22 U.S.C., § 9001 *et seq.*; and the Illinois Uniform Child Custody Jurisdiction and Enforcement Act, 750 ILCS § 36/101, *et seq.*

**IT IS HEREBY ORDERED THAT:**

1. Petitioner shall serve a copy of this Order, and a copy of the Petition for Return of the Child to France, together with all attachments and all other filings, on Respondent Jaclyn Fortini Laing, on or before November 1, 2024.

2. Respondent Jaclyn Fortini Laing is prohibited from removing the children, J.T. and M.J., or from causing the children to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Petition.

3. Respondent shall appear before this Court on the day of November 5, 2024, at 11 a.m. in Courtroom 2325 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois with any and all passports and travel documents for the minor child and the Respondent, for an initial hearing so that a date may be set for an expedited hearing on the merits of the Petition for Return of the Children to France. The Respondent may appear with or without counsel.

4. If the Respondent fails to appear on the day of November 5, 2024, at 11 a.m. with the aforementioned passports and travel documents, or removes the minor children

or causes the minor children to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing.

Dated: October 28, 2024                                    /s/ Martha M. Pacold