# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alexandre Laing

                      Plaintiff,

v.                                           Case No.: 1:24–cv–10901

                                                  Honorable April M. Perry

Jaclyn Fortini–Laing

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

      MINUTE entry before the Honorable April M. Perry: The Court grants the Agreed Motion for Modification of Agreed Order of Petitioner/Counter–Defendant Alexandre Laing and Respondent/Counter–Plaintiff Jaclyn Fortini Laing [73]. It is Ordered that the Court's December 5, 2024 Order [22] is modified to permit Alexandre Laing to take the parties' minor children outside the jurisdiction of this Court, to Michigan, from July 28, 2025 to August 3, 2025. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.