ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Alexandre Laing,

Plaintiff(s),

v.

Jaclyn Fortini-Laing,

Defendant(s).

Case No. 1:24-cv-10901
Judge April M. Perry

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Jaclyn Fortini-Laing
and against plaintiff(s) Alexandre Laing

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court concludes that Petitioner has not met his burden of establishing that he is entitled to relief under the Hague Convention or ICARA. This petition is dismissed, with prejudice.

---

This action was (check one):

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge  April M. Perry

Date:  3/30/2026

Thomas G. Bruton, Clerk of Court

J. Capparelli, Deputy Clerk